# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| NANCY G. STAVELY, Derivatively on Behalf of FIRSTENERGY CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ANDERSON, STEVEN J. DEMETRIOU, JULIA L. JOHNSON, CHARLES E. JONES, DONALD T. MISHEFF, THOMAS N. MITCHELL, JAMES F. O'NEIL III, CHRISTOPHER D. PAPPAS, SANDRA PIANALTO, LUIS A. REYES, LESLIE M. TURNER, STEVEN E. STRAH, ROBERT P. REFFNER, MICHAEL J. DOWLING, EBONY YEBOAH-AMANKWAH, K. JON TAYLOR, and JAMES F. PEARSON, <br><br> Defendants, <br><br> and <br><br> FIRSTENERGY CORPORATION, <br><br> Nominal Defendant. | Case No. 1:20-CV-04598-EAS-CMV |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Nancy G. Stavely ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. No defendant has filed or served an answer or responsive motion in the Action. Notice of the voluntary dismissal to shareholders pursuant to Federal Rule of Civil Procedure 23.1(c) is not required here because: (i) there has been no settlement or compromise of the Action; (ii) there has been no collusion among the parties; (iii) neither Plaintiff nor her counsel has received or will receive directly or indirectly any consideration from defendants for the dismissal; and (iv) the dismissal is without prejudice, and, thus, Plaintiff and FirstEnergy Corporation shareholders generally are not precluded from

bringing the same or a similar action in the future and/or pursuing claims already filed.

        Respectfully submitted,

        */s/ Daniel R. Mordarski*
        Daniel R. Mordarski
        Law Offices of Daniel R. Mordarski LLC
        5 East Long Street, Suite 1100
        Columbus, Ohio 43215
        (614) 221-3200
        (614) 221-3201 (Facsimile)
        dan@mordarskilaw.com

        *Attorney for Plaintiff*

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
Seth D. Rigrodsky
Gina M. Serra
300 Delaware Avenue, Suite 210
Wilmington, Delaware 19801
(302) 295-5310

**GRABAR LAW OFFICE**
Joshua H. Grabar
1650 Market Street, Suite 3600
Philadelphia, Pennsylvania 19103
(267) 507-6085

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on November 2, 2020, a true copy of the foregoing Plaintiff's Notice Of Voluntary Dismissal Without Prejudice was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        */s/Daniel R. Mordarski*
        Daniel R. Mordarski (0063228)
        *Counsel for Plaintiff*